Jerry Namba
1375 E. Grand Ave., Ste. 103 PMB 545
Arroyo Grande, CA 93420
Telephone: (805) 922-2575
Facsimile:

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA BARBARA DIVISION

In re:

ADEPT LEGAL COUNSEL PC

                Debtor(s).

Case No. 24-10554-RC

Chapter 7 Case

**NOTIFICATION OF ASSET CASE**

**TO: THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Jerry Namba, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case, after reviewing the case docket and file and determining that no claims bar date has been fixed, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-captioned case and appropriate notice should be given to creditors to file claims.

Dated: <u>July 10, 2024</u>

_____
Jerry Namba
Chapter 7 Trustee

NOTIFICATION